MICHAEL A. FITZPATRICK V. PERSONAL FINANCE COMPANY.—Motion for resettlement denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

HARLEM MORTGAGE CORPORATION V. EDMUND W. LASCELLES and Another, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

MAX EPSTEIN and PHILIP BERMAN V. CASTLE HILL ESTATES, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

SAMUEL FASSLER, as Commissioner of Buildings of the Borough of Manhattan, v. MONUMENT GARAGE CORPORATION.— Motion for reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of ANDREW G. MCLAUGHLIN against EDWARD P. MULROONEY, as Police Commissioner of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

NEW YORK CREDIT MEN'S ASSOCIATION, as Assignee for the Benefit of Creditors of MERVA FROCKS, INC., V. NATIONAL MERCHANTS SERVICE CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of and Rehabilitate the LAWYERS MORTGAGE COMPANY. In the Matter of the Petition of SIMON BORG & COMPANY and Others, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

JOSE A. GANDUS V. J. HENRY SCHRODER BANKING CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

SVENSKA TAENDSTICKS FABRIK AKTIEBOLAGET (Hereinafter Referred to as " THE SWEDISH MATCH COMPANY ") and Others v. BANKERS TRUST COMPANY OF NEW YORK and THE NATIONAL CITY BANK OF NEW YORK — FREDERICK W. ALLEN and Others — and IRVING TRUST COMPANY, as Trustee in Bankruptcy, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — O'Malley, Merrell, Townley and Glennon, JJ.

SVENSKA TAENDSTICKS FABRIK AKTIEBOLAGET (Hereinafter Referred to as " THE SWEDISH MATCH COMPANY ") and Others v. BANKERS TRUST COMPANY and Another — FREDERICK W. ALLEN and Others — IRVING TRUST COMPANY, as Trustee in Bankruptcy, etc. EDWARD S. GREENBAUM, as Trustee in Bankruptcy, etc., v. BANKERS TRUST COMPANY OF NEW YORK and Another, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — O'Malley, Merrell, Townley and Glennon, JJ.

JOSEPH BERENSON V. MAX COHEN, Impleaded with THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, · ownley, Glennon and Untermyer, JJ.